UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT PARHAM, ) | | |
| #0694-22, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
| VS. ) | | |
| ) | 3:22-CV-2790-G-BN | |
| WAYNE McCOLLUM DETENTION ) | | |
| CENTER, ET AL., ) | | |
| ) | | |
| Defendants. ) | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 14, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**